[No. 45135-2-II.   Division Two.   December 16, 2014.]

*In the Matter of the Welfare of* G.D.B.

RHIANNON DJNASE SMITH, *Appellant*, and ANDREW WESLEY BERTRAND, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-3-00300-3, Lisa L. Sutton, J., entered June 21, 2013. *Reversed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45328-2-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY L. MCCRACKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00154-6, F. Mark McCauley, J., entered July 30, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45446-7-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD LEE STONE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00443-1, James W. Lawler, J., entered August 26, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.